UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WARD,<br><br>   Plaintiff,<br><br> v.<br><br>MARY CRAWLEY,<br><br>   Defendant. | Case No.: 1:17-cv-01740 SAB (PC)<br><br>ORDER DENYING MOTION FOR FEE WAIVER<br>(ECF No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER OR PAY FILING FEE<br>**WITHIN 45 DAYS** |

  Plaintiff Melvin Ward is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2017, Plaintiff initiated this action. (ECF No. 1.) Plaintiff also submitted a form entitled, "Order on Court Fee Waiver" using a California Superior Court form, seeking a waiver of court fees pursuant to Rule 3.55 of the California Rules of Court. (ECF No. 2.)

  Plaintiff is informed that this is a civil proceeding in federal court, and thus the California Rules of Court and procedures of the California Superior Courts do not apply. Instead, Plaintiff must submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or pay the $400 filing fee, to proceed in this action.

  Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for a fee waiver, filed on December 22, 2017 (ECF No. 2) is DENIED, without prejudice to Plaintiff submitting an appropriate application;

1

2. The Clerk of the Court shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

3. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation to dismiss this action.</u>

IT IS SO ORDERED.

Dated: **December 28, 2017**

UNITED STATES MAGISTRATE JUDGE